Adrian B. GIBSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34241.

Missouri Court of Appeals,
Western District.

July 3, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied
Oct. 9, 1984.

Russell Clyde Still, Columbia, for appellant.

John Ashcroft, Atty. Gen., Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SOMERVILLE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal following evidentiary hearing in which movant's motion to vacate sentence under Rule 27.26 was denied.

Affirmed. Rule 84.16.

Van JOHNSON, Movant,

v.

STATE of Missouri, Respondent.

No. 47667.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied
Oct. 9, 1984.

Edward J. Bippen, St. Louis, for movant.

John Ashcroft, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

The judgment is affirmed in accordance with Rule 30.06(d).